IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-733-RJC-DCK

| | |
|---|---|
| HORLA RUDYRIA ARRIOJA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| ERIC S. COHAN, STEPHANIE SYPTAK-RAMNATH, and ANTONY BLINKEN, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by William Fay, concerning Joshua L. Goldstein, on November 2, 2023. Joshua L. Goldstein seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Joshua L. Goldstein is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: November 15, 2023

David C. Keesler
United States Magistrate Judge